UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 04 B 40570
    ENRICO CANSECO SANTOS
    CELIA TOLEDO SANTOS                        CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9177    SSN XXX-XX-2408
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/02/04 and confirmed on 01/21/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 79650.07 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | 59302.97 | .00 | 59302.97 |
| CARRINGTON MORTGAGE SERV | MORTGAGE ARRE | 2358.74 | .00 | 2358.74 |
| PREMIER AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| STATE FARM BANK | SECURED VEHIC | 3729.00 | 274.40 | 3729.00 |
| BECKET & LEE LLP | UNSECURED | 6624.01 | .00 | 662.40 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4468.59 | .00 | 446.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2228.17 | .00 | 222.82 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2677.71 | .00 | 267.77 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3980.53 | .00 | 398.05 |
| ROUNDUP FUNDING LLC | UNSECURED | 6555.02 | .00 | 655.50 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7714.94 | .00 | 771.49 |
| DISCOVER BANK | UNSECURED | 2277.99 | .00 | 227.80 |
| CITICARDS PRIVATE LABEL | UNSECURED | 1997.37 | .00 | 199.74 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LAKE COUNTY PEDIATRIC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 3692.85 | .00 | 369.29 |
| ROUNDUP FUNDING LLC | UNSECURED | 1469.25 | .00 | 146.93 |
| ROUNDUP FUNDING LLC | UNSECURED | 994.84 | .00 | 99.48 |
| STARTEC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3380.38 | .00 | 338.04 |
| US BANK | UNSECURED | 12080.39 | .00 | 1208.04 |

```
US BANK                 UNSECURED         6918.45              .00         691.85
     Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 65390.71         .00     67060.49          .00     132451.20
PRINCIPAL PAID     65390.71         .00      6706.06          .00      72096.77
INTEREST PAID        274.40         .00          .00          .00         274.40
TOTAL PAID         65665.11         .00      6706.06          .00      72371.17
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    3490.47 .

Refunds to the Debtor totaled $    1088.43 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/13/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 04 B 40570 ENRICO CANSECO SANTOS & CELIA TOLEDO SANTOS